**NATIONAL ALLIANCE FOR THE MENTALLY ILL v. COUNTY OF CUMBERLAND**

[358 N.C. 217 (2004)]

NATIONAL ALLIANCE FOR THE MENTALLY ILL, CUMBERLAND COUNTY, INC. v.
COUNTY OF CUMBERLAND, NORTH CAROLINA

No. 470PA03

(Filed 2 April 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 159 N.C. App. 466, 583 S.E.2d 426 (2003), affirming a judgment entered 14 June 2002 by Judge James Floyd Ammons, Jr. in Superior Court, Cumberland County. Heard in the Supreme Court 18 March 2004.

*Law Offices of Wade Byrd, by Gerald F. Meek, for plaintiff-appellee.*

*Grainger R. Barrett for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.